**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Ernest LOPEZ, also known as Neto,**
**Defendant–Appellant.**

No. 11–51268
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 14, 2012.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Dexter E. Gilford, Law Offices of Dexter E. Gilford, Austin, TX, for Defendant–Appellant.

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ernest Lopez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Lopez has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Lopez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.